sician. There was evidence tending to show he had consulted and been treated by physicians within two months of the application but there was no evidence as to the nature of his ailment at that time or that it left any permanent physical weakness which contributed to his death. The Appellate Division held that defendant had failed to establish that the misrepresentation was material.

*John H. Clogston* for appellant.

*Thomas R. Wheeler, William M. Fay* and *Charles E. Doane* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WILLIAM KENNELLY, INC., Respondent, *v.* JACOB S. MEHLMAN, Appellant.

*Bills, notes and checks — auction — fraud — false representations — action to recover upon check payment of which had been stopped — defense that it was procured by false representations.*

*Kennelly, Inc.,* v. *Mehlman,* 220 App. Div. 762, affirmed.
(Submitted December 9, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1927, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon a check payment of which had been stopped. The defense was that the check had been given as part of the purchase price of certain real property sold by the plaintiff to the defendant at public auction at which material misrepresentations were made as to the location of the premises, the title thereto, existing mortgages thereon, the rent roll and the nature of the building.

*Louis Susman* for appellant.

*Harry Sena* and *Leonard Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PHILIP ECKER and HARRY VISHNITZER, Appellants.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued December 12, 1927; decided January 10, 1928.)

APPEALS from a judgment of the Court of General Sessions of the county of New York, rendered July 18, 1927, upon a verdict convicting the defendants of the crime of murder in the first degree.

*George Z. Medalie, Morgan A. Jones* and *Jacob J. Rosenblum* for Philip Ecker, appellant.

*Abraham I. Menin, Fiorella La Guardia* and *Asa S. Herzog* for Harry Vishnitzer, appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed as to each defendant; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

OLD COLONY TRUST COMPANY, Appellant, *v.* GUSTAV STUMPEL, Respondent.

*Bills, notes and checks — negotiable instruments — note bearing indorse-ment that it is subject to terms of another unattached agreement not negotiable.*

*Old Colony Trust Co.* v. *Stumpel,* 219 App. Div. 771, affirmed.

(Argued December 12, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 28, 1927, affirming a judgment in favor of defendant entered upon a verdict directed by the court. The action was to recover upon promissory notes